UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>POINT CENTER FINANCIAL, INC.<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:   8:bk-11495-TA<br>Operating Report Number:  Two (2)<br>For the Month Ending:     Mar-13 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          68,516.86

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          60,000.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          8,516.86

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
| --- | --- | --- |
| Accounts Receivable - Post-filing | | |
| Accounts Receivable - Pre-filing | | |
| General Sales | | 266,022.67 |
| Other (Specify) | Bill Pay Service Funds Rec'd | 2,128.67 |
| Other (Specify) | Trsnfr - Pre-Petition Gen Acct | 16.91 |
| Other (Specify) | Portfolio Servicing Refund | 93.46 |

TOTAL RECEIPTS THIS PERIOD:          268,261.71

5.  BALANCE:          276,778.57

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          117,588.36
Disbursements (from page 2)          156,623.03

TOTAL DISBURSEMENTS THIS PERIOD:***          274,211.39

7.  ENDING BALANCE:          2,567.18

8.  General Account Number(s):          XXXXX 6143

Depository Name & Location:          Pacific Enterprise Bank
17905 MacArthur Blvd.     Irvine, CA  92614

---

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/14/2013 | n/a | DIP Payroll Acct. | | 60,000.00 | | 60,000.00 |
| 3/28/2013 | n/a | DIP Payroll Acct. | | 57,588.36 | | 57,588.36 |
| | | | Both Deposits were made directly into the DIP Payroll Account. We did not know all deposits were to go into the General Acct. and then to be transferred until 3/29/13 when we completed the February 2013 MOR. For April 2013 forward we are functioning correctly. | | | 0.00 |
| 3/8/2013 | Debit | Venture Argonaut | March Rent | | 26,755.75 | 26,755.75 |
| 3/8/2013 | Debit | Pacific Enterprise Bank | Bank Tiered Analysis Charge | | 55.28 | 55.28 |
| 3/26/2013 | Debit | Applied Business Software | Software Maintenance | | 4,398.80 | 4,398.80 |
| 3/11/2013 | 1001 | Pacific Mercantile Bank | Loan Payments | | 60,146.02 | 60,146.02 |
| 3/12/2013 | 1002 | NFL. LLC | Portfolio Servicing Refund | | 93.46 | 93.46 |
| 3/20/2013 | 1003 | CalChoice | Health Insurance Premiums | | 20,842.68 | 20,842.68 |
| 3/20/2013 | 1004 | VOID | | | | |
| 3/20/2013 | 1005 | SCE | New Deposit on Account | | 6,232.00 | 6,232.00 |
| 3/25/2013 | 1006 | AFLAC | Insurance Premiums | | 970.08 | 970.08 |
| 3/25/2013 | 1007 | California Mortgage Assoc. | Monthly Association Dues | | 145.00 | 145.00 |
| 3/25/2014 | 1008 | Canon Solutions America | Equipment Maintenance | | 1,568.74 | 1,568.74 |
| 3/25/2013 | 1009 | Centennial Services | Landscape Maintenance | | 1,024.00 | 1,024.00 |
| 3/25/2013 | 1010 | Chevron/Texaco | Automobile Expense | | 768.01 | 786.01 |
| 3/25/2013 | 1011 | Coast Hand Car Wash | Vehicle Maintenance | | 350.00 | 350.00 |
| 3/25/2013 | 1012 | Cox Communications | Phone & Internet | | 1,515.61 | 1,515.61 |
| 3/25/2013 | 1013 | CR&R Incorporated | Trash Collection | | 1,091.66 | 1,091.66 |
| 3/25/2013 | 1014 | Dell Business Credit | Payment on Liability | | 1,807.76 | 1,807.76 |
| 3/25/2013 | 1015 | Eastman Kodak | Equipment Maintenance | | 6,521.64 | 6,521.64 |
| 3/25/2013 | 1016 | Exxon Mobil | Automobile Expense | | 153.17 | 153.17 |
| 3/25/2013 | 1017 | Eyemed Vision Care | Insurance Premiums | | 112.92 | 112.92 |
| 3/25/2013 | 1018 | Federal Express | Overnight Delivery Services | | 468.55 | 468.55 |
| 3/25/2013 | 1019 | Green Machine | Office Plant Service | | 665.00 | 665.00 |
| 3/25/2013 | 1020 | Jan-Pro Cleaning Service | Office Cleaning Service | | 348.00 | 348.00 |
| 3/25/2013 | 1021 | Laser Zone, Inc. | Equipment Maintenance | | 686.58 | 686.58 |
| 3/25/2013 | 1022 | Met-Life | Insurance Premiums | | 1,231.92 | 1,231.92 |
| 3/25/2013 | 1023 | Moutlon Niguel Water | Utilies | | 232.25 | 232.25 |
| 3/25/2013 | 1024 | Norco Delivery Service | Overnight Delivery Services | | 777.92 | 777.92 |
| 3/25/2013 | 1025 | Purchase Power | Postage | | 1,674.94 | 1,674.94 |
| 3/25/2013 | 1026 | Scotsman Guide Media | Marketing/Advertizing | | 1,000.00 | 1,000.00 |
| 3/25/2013 | 1027 | Scott Towner | Fastrak Reimbursement | | 217.70 | 217.70 |
| 3/25/2013 | 1028 | Shell Processing Center | Automobile Expense | | 892.51 | 892.51 |
| 3/25/2013 | 1029 | SCE | Utilities | | 3,271.92 | 3,271.92 |
| 3/25/2013 | 1030 | Staples Credit Plan | Office Supplies | | 1,285.80 | 1,285.80 |
| 3/25/2013 | 1031 | State Farm Insurance | Business Office Policy Pmt. | | 903.25 | 903.25 |
| 3/25/2013 | 1032 | Terminix | Building Maintenance | | 158.00 | 158.00 |
| 3/25/2013 | 1033 | The Gas Company | Utilies | | 44.63 | 44.63 |
| 3/25/2013 | 1034 | Thomson Rueters | Legal Research Expense | | 4,319.94 | 4,319.94 |
| 3/25/2013 | 1035 | Uline | Office Supplies | | 132.04 | 132.04 |
| 3/25/2013 | 1036 | Verizon Wireless | Telephone Expense | | 1,048.43 | 1,048.43 |
| 3/25/2013 | 1037 | VIP Transport, Inc. | Storage -Trade Show Booth | | 150.00 | 150.00 |
| 3/25/2013 | 1038 | Canon Solutions America | Equipment Maintenance | | 117.52 | 117.52 |
| 3/25/2013 | 1039 | SCE | Utilities | | 1,499.48 | 1,499.48 |
| 3/25/2013 | 1040 | Safeguard Bus. Systems | Check Orders | | 626.07 | 626.07 |
| 3/25/2013 | 1041 | USPS | Business Reply Mail Acct. | | 300.00 | 300.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 117,588.36 | 156,605.03 | $274,211.39 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL ACCOUNT
### BANK RECONCILIATION

Bank statement Date:      3/31/2013   Balance on Statement:      $22,946.02

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1006 | 3/25/2013 | 970.08 |
| 1007 | 3/25/2013 | 145.00 |
| 1009 | 3/25/2013 | 1,024.00 |
| 1011 | 3/25/2013 | 350.00 |
| 1013 | 3/25/2013 | 1,091.66 |
| 1015 | 3/25/2013 | 6,521.64 |
| 1018 | 3/25/2013 | 468.55 |
| 1019 | 3/25/2013 | 665.00 |
| 1022 | 3/25/2013 | 1,231.92 |
| 1025 | 3/25/2013 | 1,674.94 |
| 1026 | 3/25/2013 | 1,000.00 |
| 1032 | 3/25/2013 | 158.00 |
| 1034 | 3/25/2013 | 4,319.94 |
| 1035 | 3/25/2013 | 132.04 |
| 1040 | 3/25/2013 | 626.07 |

TOTAL OUTSTANDING CHECKS:                                    20,378.84

Bank statement Adjustments:

Explanation of Adjustments-

Page 1 shows $117,588.36 as transfers to Other DIP account because two (2) deposits were made directly into the DIP Payroll account. We did not know we had to deposit to General acct. and then transfer.

ADJUSTED BANK BALANCE:                                    $2,567.18

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment



Pacific
Enterprise
Bank
17905 MacArthur Blvd Irvine Ca 92614
17905 MacArthur Blvd
Irvine CA 92614
949-623-7600



Point Center Financial Inc., A Californi
DIP-Case No 8:13-bk-11495
7 Argonaut
Aliso Viejo, CA 92629

**Customer Number**
2000016143
**Statement Period**
Mar 01, 2013 To Mar 31, 2013

## Debtor-In-Possession Analysis Account          Account Number: 2000016143

### Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $8,516.86 | Average Balance | $27,050.39 |
| Number of Credits | 9 | Minimum Balance | $5,448.52 |
| Total Credits | $150,673.35 | Average Collected Balance | $26,978.24 |
| Number of Debits | 27 | | |
| Total Debits | $136,188.91 | Total Bank Charges | $55.28 |
| Number Of Service Charges | 1 | (Includes Service Charge) | |
| Total Service Charges | $55.28 | | |
| New Balance | $22,946.02 | | |

### Checks (25 In Order)

| No | Date | Amount | No | Date | Amount | No | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | Mar 14, 2013 | $60,146.02 | 1017 | Mar 29, 2013 | $112.92 | 1031 | Mar 29, 2013 | $903.25 |
| 1002 | Mar 13, 2013 | $93.46 | 1020 | * Mar 28, 2013 | $348.00 | 1033 | * Mar 29, 2013 | $44.63 |
| 1003 | Mar 26, 2013 | $20,842.68 | 1021 | Mar 29, 2013 | $686.58 | 1036 | * Mar 29, 2013 | $1,048.43 |
| 1005 | * Mar 26, 2013 | $6,232.00 | 1023 | * Mar 27, 2013 | $232.25 | 1037 | Mar 27, 2013 | $150.00 |
| 1008 | * Mar 28, 2013 | $1,568.74 | 1024 | Mar 27, 2013 | $777.92 | 1038 | Mar 28, 2013 | $117.52 |
| 1010 | * Mar 29, 2013 | $786.01 | 1027 | * Mar 26, 2013 | $217.70 | 1039 | Mar 27, 2013 | $1,499.48 |
| 1012 | * Mar 28, 2013 | $1,515.61 | 1028 | Mar 28, 2013 | $892.51 | 1041 | * Mar 28, 2013 | $300.00 |
| 1014 | * Mar 29, 2013 | $1,807.76 | 1029 | Mar 27, 2013 | $3,271.92 | | | |
| 1016 | * Mar 28, 2013 | $153.17 | 1030 | Mar 28, 2013 | $1,285.80 | | | |

### Other Debits

| Date | Transaction Details | Amount |
|---|---|---|
| Mar 08, 2013 | Miscellaneous Debit<br>Per Gwen-trsfr to 16218 Mar rent | $26,755.75- |
| Mar 08, 2013 | Net Service Charge<br>TIERED ANALYSIS CHARGE | $55.28- |
| Mar 26, 2013 | Ach withdrawal<br>IPN*Applied Busi PAYMENT<br>ID: Point Center Financial<br>Trace Number: 121141006150450 | $4,398.80- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS _____ 60,000.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS _____ 59,276.05

3. BEGINNING BALANCE: 723.95

4. RECEIPTS DURING CURRENT PERIOD: _____ 117,588.36
   (Transferred from General Account)

5. BALANCE: 118,312.31

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:*** 115,066.92

7. ENDING BALANCE: 3,245.39

8. PAYROLL Account Number(s): XXXXX6150

   Depository Name & Location: Pacific Enterprise Bank
   17905 MacArthur Blvd.    Irvine, CA  92614

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/14/2013 | Debit | PayDay Payroll Services | Net Payroll Debit from service provider | 56,914.63 |
| 3/28/2013 | Debit | PayDay Payroll Services | Net Payroll Debit from service provider | 58,152.29 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 115,066.92 |

## PAYROLL ACCOUNT
### BANK RECONCILIATION

Bank statement Date: _____3/31/2013_____ Balance on Statement: _____$3,245.39_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: | | 0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $3,245.39

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment





**Pacific Enterprise Bank**

17905 MacArthur Blvd Irvine Ca 92614

17905 MacArthur Blvd
Irvine CA 92614
949-623-7600

Point Center Financial Inc., A Californi
DIP-Case 8:13-bk-11495
7 Argonaut
Aliso Viejo, CA 92629

**Customer Number**
2000016150
**Statement Period**
Mar 01, 2013 To Mar 31, 2013

**Debtor-In-Possession Analysis Account**          **Account Number: 2000016150**

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $723.95 | Average Balance | $2,442.69 |
| Number of Credits | 2 | Minimum Balance | $723.95 |
| Total Credits | $117,588.36 | Average Collected Balance | $2,442.69 |
| Number of Debits | 2 | | |
| Total Debits | $115,066.92 | Total Bank Charges | $0.00 |
| New Balance | $3,245.39 | (Includes Service Charge) | |

## Other Debits

| Date | Transaction Details | Amount |
|---|---|---|
| Mar 14, 2013 | Ach withdrawal<br>POINT CENTER FIN IMPOUND<br>ID: IMPOUND<br>Trace Number: 122243330000110 | $56,914.63- |
| Mar 28, 2013 | Ach withdrawal<br>POINT CENTER FIN IMPOUND<br>ID: IMPOUND<br>Trace Number: 122243330000087 | $58,152.29- |

## Deposits/Credits

| Date | Transaction Details | Amount |
|---|---|---|
| Mar 14, 2013 | Regular Deposit | $60,000.00 |
| Mar 28, 2013 | Regular Deposit | $57,588.36 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Feb 28, 2013 | $723.95 | Mar 14, 2013 | $3,809.32 | Mar 28, 2013 | $3,245.39 |

**NOTICE: By federal law, as of 1/1/2013, funds in a noninterest-bearing transaction account (including an IOLTA/IOLA) will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000.00 for each ownership category. For more information, visit:**
**http://www.fdic.gov/deposit/deposits/unlimited/expiration.html**

## I. CASH RECEIPTS AND DISBURSEMENTS
### C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                              | 0 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:                                                       | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                            | 0.00 |

7.  ENDING BALANCE:                                                | 0.00 |

8.  TAX Account Number(s):

    Depository Name & Location:

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____   Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                              _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 2,567.18 |
| Payroll Account: | 3,245.39 |
| Tax Account: | |

*Other Accounts: _____  _____

_____  _____

*Other Monies: _____  _____

| | |
|---|---|
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                    | 5,812.57 |

### Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**                    | 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Pacific Mercantile Bank | Monthly | | | |
| | Loan #600604017 | 14,250.00 | 0 | 28,500.00 |
| | Loan #600103754 | 27,087.86 | 0 | 54,175.72 |
| | Loan #22004787 | 18,808.16 | 0 | 37,616.32 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 120,292.04 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____ 87.75
Total Wages Paid: _____ 112,240.92

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 | |
| State Withholding | 0.00 | 0.00 | |
| FICA- Employer's Share | 0.00 | 0.00 | |
| FICA- Employee's Share | 0.00 | 0.00 | |
| Federal Unemployment | 0.00 | 0.00 | |
| Sales and Use | 79.79 | 0.00 | |
| Real Property * | 30,116.18 | 30,116.18 | 4/10/2013 |
| Other: Business Property Tax ** | 35,794.22 | 7,200.00 | 3/1/2013 |
| TOTAL: | 65,990.19 | 37,316.18 | |

Note:  Our payroll service provider collects all payroll taxes each pay period and pays all payroll taxes timely.

* Under the Tenant Lease, Debtor is responsible for the Real Property taxes at 7 Argonaut, Aliso Viejo, CA  92656

** We have a Payment Plan of $7,200 due each 1st of the Month for the delinquent 2012 Unsecured Business Property taxes - Next payment due 3/1/13

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Commercial Liability Umbrella | State Farm Ins. | $5,000,000.00 | 5/11/2014 | 5/11/2014 |
| Worker's Compensation | State Farm Ins. | $1,000,000.00 | 4/19/2013 | Pmt Plan Current |
| Casualty |  |  |  |  |
| Non-Owned Vehicle | State Farm Ins. | $1,000,000.00 | 8/3/2013 | 8/3/2013 |
| Others: Business Office | State Farm Ins. | $1,000,000.00 | 4/30/2014 | Pmt Plan Current |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2013 |  | 4,850.00 |  |  | 4,850.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 4,850.00 |  | 0.00 | 4,850.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT

(ACCRUAL BASIS ONLY)

| SEE ATTACHED PROFIT & LOSS | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| Gross Profit | 0.00 | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| Operating Expenses: | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| | | |
| Non-Operating Income: | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| NET INCOME/(LOSS) | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

4:18 PM

04/23/13

Accrual Basis

# POINT CENTER FINANCIAL, INC.
## Profit & Loss
### March 2013

|  | Mar 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 00-4080 · Lender Paid Servicing Fees | 12,500.22 |
| 00-4082 · Late Charges Received | 32.81 |
| 00-4115 · Printing Jobs | 901.28 |
| 00-4300 · Management Fees | |
| 00-4305 · PCMFI, LLC | 10,000.00 |
| 00-4307 · Estancia Atascadero, LLC | 7,588.36 |
| 00-4330 · Preserve #206070 | 135,000.00 |
| 00-4333 · Georgetown Comm Center, LLC | 100,000.00 |
| Total 00-4300 · Management Fees | 252,588.36 |
| Total Income | 266,022.67 |
| **Gross Profit** | 266,022.67 |
| **Expense** | |
| 00-5020 · Advertising Expense | 3,226.00 |
| 00-5040 · Automobile Exp, Rental & C Wash | 350.00 |
| 00-5050 · Serv Chrg & Other Finance Fees | 55.28 |
| 00-5400 · Dues,Newspapers,Books,Subscript | 145.00 |
| 00-5410 · Computer,Software & Printer Exp | 5,414.00 |
| 00-5432 · Nex Press-kodak,Maint & Upgrade | 3,260.82 |
| 00-5434 · Oce CS650 & Other Maint & Upgrd | 2,943.64 |
| 00-5500 · Gas-Mileage-Toll,Taxi & Parking | 1,442.06 |
| 00-5600 · Medical,Dental,Life,AD Ins | 5,260.94 |
| 00-5601 · Aflac Insurance | 970.08 |
| 00-5610 · Workers Comp Insurance | 2,035.74 |
| 00-5620 · Insurance Expenses/Ins Binder F | 1,255.00 |
| 00-5640 · Business Policy Ins #92-GV94664 | 903.25 |
| 00-5670 · Vision Insurance | 112.92 |
| 00-5700 · Interest Expense | 811.43 |
| 00-5704 · Interest-PMB/Shareholder Loans | 35,245.37 |
| 00-5707 · Interest Exp-PMB Equip Loan | 4,503.26 |
| 00-5750 · Legal Dept Expenses | 2,057.72 |
| 00-5800 · Marketing Expense | 150.00 |
| 00-5993 · Argonaut Expenses | 1,838.52 |
| 00-6000 · Office Supplies | 758.11 |
| 00-6100 · Overnite & Outside Delivery | 241.92 |
| 00-6300 · Postage | 1,927.47 |
| 00-6500 · Professional Fees | 271.35 |
| 00-6609 · Landscape & Plant Maint Argonau | 1,177.00 |
| 00-6909 · Utilities-7 Argonaut | 1,660.24 |
| 00-6910 · Repairs, Maint & Cleaning | 348.00 |
| 00-6960 · Rent-Argonaut Building | 26,755.75 |
| 00-7100 · Salaries | 112,240.92 |
| 00-7200 · Payroll Taxes Paid | 8,220.23 |
| 00-7500 · Telephone, Cable, Internet | |
| 00-7509 · Telephone, Cable,Internet-ARG | 2,495.98 |
| Total 00-7500 · Telephone, Cable, Internet | 2,495.98 |
| Total Expense | 228,078.00 |
| Net Ordinary Income | 37,944.67 |
| **Net Income** | **37,944.67** |

## X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

### SEE ATTACHED BALANCE SHEET

| | Current Month End | |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | 0.00 |
| **TOTAL ASSETS** | | 0.00 |
| | | |
| **LIABILITIES** | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | 0.00 |
| **TOTAL LIABILITIES** | | 0.00 |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| **TOTAL EQUITY** | | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | | 0.00 |

4:21 PM

04/23/13

Accrual Basis

# POINT CENTER FINANCIAL, INC.
## Balance Sheet
### As of March 31, 2013

|  | Mar 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 00-1035 · PCF DIP General Operating Acct | 2,567.18 |
| 00-1036 · PCF DIP Payroll Account | 3,245.39 |
| **Total Checking/Savings** | 5,812.57 |
| **Other Current Assets** | |
| 00-1025 · PMB Bank Levy - HOLD | 802.53 |
| **Total Other Current Assets** | 802.53 |
| **Total Current Assets** | 6,615.10 |
| **Other Assets** | |
| 00-1200 · Prepaid Expenses | 56,969.99 |
| 00-1255 · Deposit- SCE | 6,232.00 |
| 00-1300 · Portfolio Servicing Advances | |
| 00-1305 · #207063 Island Way II LLC | 3,976.94 |
| 00-1310 · #606001 Properties Development | 791.20 |
| 00-1313 · #207013 Georgetown Comm LLC | 82,855.25 |
| 00-1314 · #206161 Aurora Rosa | 4,198.92 |
| 00-1315 · #206086 Monument Road LLC | 53.45 |
| 00-1317 · #507005 South 7th Street LLC | 79.87 |
| 00-1322 · #405095 Diablo Grande | 344.15 |
| 00-1331 · #207168 Greentree Rodeo LLC | 59,771.56 |
| 00-1338 · #205026 Parker Townhouse LLC | 4,164.78 |
| 00-1351 · #207171 Valpico Road Inv LLC | -32.26 |
| 00-1357 · #206125 Diamond Veil | 3,158.60 |
| 00-1358 · #207014 Bristol Heights REO | -2,718.73 |
| 00-1363 · #206070 Preserve | 28,135.87 |
| 00-1367 · #205230 6th & Upas LLC | 50,545.02 |
| 00-1369 · #206167 Wilson REO - TICs | 2,950.92 |
| 00-1375 · #204031 Los Banos Land LLC | 9,022.18 |
| 00-1376 · #207006 Bellevue Lighthouse | 212.80 |
| 00-1377 · #207019 Mission Ridge LLC | 1,718.09 |
| 00-1391 · #200142 Carson Valley LLC | 47,236.84 |
| **Total 00-1300 · Portfolio Servicing Advances** | 296,465.45 |
| 00-1460 · Leasehold Improvements-ARG | 1,064,989.00 |
| 00-1470 · GMC PrintNet-ARG | 117,852.00 |
| 00-1500 · Office Equipment | 550,472.00 |
| 00-1501 · Accumulative Depreciation | -4,656,845.00 |
| 00-1502 · Furniture & Fixtures | 53,374.17 |
| 00-1503 · Furniture & Fixtures-ARG | 43,189.31 |
| 00-1508 · Trade Show Booth | 71,629.72 |
| 00-1509 · Oce North America-Model #6250 | 323,115.59 |
| 00-1510 · Computer Equipment & Software | 626,263.52 |
| 00-1516 · Lasermax Roll Systems, Inc-ARG | 393,493.56 |
| 00-1517 · IBM Printing Equipment | 633,656.00 |
| 00-1518 · Mail Stuffing Machine-DM 1950 | 78,546.76 |
| 00-1519 · Nex Press-2100-ARG | 530,388.36 |
| 00-1522 · Inserter-Bowe Bell-Turbo-ARG | 783,854.73 |
| 00-1523 · Horizon BQ Perfect Binder-ARG | 46,599.81 |
| 00-1524 · Horizon Speedvac Collating-ARG | 85,313.73 |
| 00-1531 · Inserter-Bowe Bell-Quattro-ARG | 226,275.00 |
| 00-1533 · Oce North A-CS650 Color Printer | 67,806.06 |
| 00-1549 · Member Park Scottsdale, LLC | 194,574.00 |
| 00-1554 · Member National Fin Lend LLC | 7,252.43 |
| 00-1555 · Member PC Mrtg Fund I, LLC | 11,291.13 |
| 00-1620 · Commercial Paper Program Assets | |
| 00-1625 · CP Trust Funds for Investors | 2,729.00 |
| 00-1621 · Estancia Atascadero, LLC 205201 | 6,595.56 |
| **Total 00-1620 · Commercial Paper Program Assets** | 9,324.56 |

4:21 PM
04/23/13
Accrual Basis

# POINT CENTER FINANCIAL, INC.
## Balance Sheet
### As of March 31, 2013

| | Mar 31, 13 |
|---|---:|
| **00-1800 · Mortgage Note Program Assets** | |
| 00-1821 · MNP Trust Funds for Investors | 23,071.65 |
| 00-1603 · Loans Funded-Mortgage Note | 1,419,600.00 |
| 00-1817 · REO-American Housing 206016 | 1,983,245.68 |
| 00-1803 · Los Banos Land, LLC 204031 | 192,560.00 |
| 00-1809 · Jack Rabbit Trail, LLC 206100 | 540,686.20 |
| 00-1810 · Mission Ridge, LLC 207019 | 60,931.00 |
| 00-1811 · Washington Ave Murrieta, LLC | 36,862.00 |
| 00-1814 · Georgetown Comm, LLC 207013 | 3,403,176.00 |
| Total 00-1800 · Mortgage Note Program Assets | 7,660,132.53 |
| **Total Other Assets** | 9,282,216.41 |
| **TOTAL ASSETS** | 9,288,831.51 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 00-2500 · Accounts Payable | 26,770.96 |
| Total Accounts Payable | 26,770.96 |
| Other Current Liabilities | |
| 00-2130 · United Visa-Mileage Plus | 1,809.45 |
| 00-2217 · Equipment PMB Loan #600604017 | 1,018,538.84 |
| 00-2220 · Certificates Issued-Comm Paper | 4,255,515.67 |
| 00-2230 · Certificates Issued-Mortg Note | 36,747,688.63 |
| 00-2440 · Lease Payable-IBM Printing Equ | 10,890.00 |
| 00-2445 · Dell Business Credit-Liability | 31,602.96 |
| Total Other Current Liabilities | 42,066,045.55 |
| Total Current Liabilities | 42,092,816.51 |
| Long Term Liabilities | |
| 00-2218 · Shareholder Loan Payable RE PMB | 9,665,718.27 |
| Total Long Term Liabilities | 9,665,718.27 |
| Total Liabilities | 51,758,534.78 |
| Equity | |
| 00-3100 · Capital Stock | 500.00 |
| 00-3200 · Paid in Capital - Shareholder | 499,290.00 |
| 00-3400 · Retained Earnings | -43,011,097.64 |
| Net Income | 41,604.37 |
| Total Equity | -42,469,703.27 |
| **TOTAL LIABILITIES & EQUITY** | 9,288,831.51 |

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Case is in early stages and plan is being formulated.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from automatic stay that were entered during the reporting period. **One (1) - Movant: Lloyd Charton, Robert Coveney, et al.**

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, Dan J. Harkey, President of Point Center Financial, Inc.,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_4-23-13_
Date

Principal for debtor-in-possession

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David Brian Lally, State Bar No. 145872<br>Law Office of David Brian Lally<br>8001 Irvine Center Drive, Suite 1090<br>Irvine, CA 92618<br>(949) 349-0022 (phone)<br>(949) 349-5559 (facsimile)<br>Davidlallylaw@gmail.com<br><br>David Grant, Esq., Bar No. 53635<br>Catherine Convey, Esq., Bar No. 178208<br>Grant, Genovese & Baratta, LLP<br>2030 Main St., Suite 1600<br>Irvine, CA 92614<br>949-660-1600, 949-660-6060<br>catherine@ggb-law.com | **FILED & ENTERED**<br><br>MAR 27 2013<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ngo      DEPUTY CLERK |

☐ *Individual appearing without counsel*
☒ *Attorney for: Movants, see attached*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: POINT CENTER FINANCIAL, INC., | CHAPTER: 11 |
|---|---|
| | CASE NO.: 8:13-bk-11495TA |
| Debtor(s) | DATE: 3/19/2013<br>TIME: 10:00 a.m.<br>CTRM: 5B<br>FLOOR: 5th |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
### (MOVANT:   Lloyd Charton; Robert Coveney; et al                    )

1. The Motion was: ☒ Contested   ☐ Uncontested   ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: Charton, Et. Al. v. Point Ctr Financial, et. al.

    Docket number: 30-2008 00 l 1440 l, 30-2009 00297002

    Court or agency where pending: Orange County Superior Court, **Complex Division.**

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor(s) and Debtor's(s') estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

**Motion is granted only for the purposes of liquidating claim, not for enforcement, and the 14 day stay is waived**

a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.

b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

7. This Court further orders as follows:

a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER).*

d. ☐ See attached continuation page for additional provisions.

###

Date: March 27, 2013

Theodor C. Albert
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) __March 21, 2013__ , the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Robert D Bass    rbass@greenbass.com
Mark Bradshaw    mbradshaw@shbllp.com, sswartzell@shbllp.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Frank Cadigan    frank.cadigan@usdoj.gov
Catherine Convy    catherine@ggb-law.com, glg@ggb-law.com
William R Cumming    cumming@cummingandassociateslaw.com
Richard S Davis    rdavis@fickeldavislaw.com, mfickel@fickeldavislaw.com
Caroline Djang    cdjang@rutan.com
Robert K Edmunds    robert.edmunds@bipc.com,
timothy.palmer@bipc.com;lisa.largent@bipc.com;fred.masters@bipc.com;mark.pfeiffer@bipc.com
James R Felton    jfelton@greenbass.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Murray M Helm    mhelm@helm-law.com, psestak@helm-law.com
John Mark Jennings    jjennings@shbllp.com
Yi S Kim    ykim@greenbass.com
David B Lally    davidlallylaw@gmail.com
Leonard M Shulman    lshulman@shbllp.com, tlenz@shbllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Pamela Kohlman Webster    pwebster@buchalter.com

☐  Service information continued on attached page

**2.  SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

Debtor Point Center Financial, 7 Argonaut, Aliso Viejo, CA 92656

☐  Service information continued on attached page

**3.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐  Service information continued on attached page